[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Butler Cty. Bar Assn. v. Mahoney*, Slip Opinion No. 2022-Ohio-1916.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-1916

BUTLER COUNTY BAR ASSOCIATION *v*. MAHONEY.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Butler Cty. Bar Assn. v. Mahoney*, Slip Opinion No. 2022-Ohio-1916.]

*Sua sponte, cause dismissed.*

(No. 2022-0155—Submitted May 10, 2022—Decided June 9, 2022.)

ON CERTIFIED REPORT by the Board of Professional Conduct of the Supreme Court, No. 2020-077.

_____

{¶ 1} Sua sponte, the cause is dismissed.

KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

O'CONNOR, C.J., dissents and would adopt the sanction recommended by the Board of Professional Conduct.

_____

Repper-Pagan Law, Ltd., and Christopher J. Pagan, for relator.

Mann Dulaney, L.L.C., and William Mann, for respondent, Dennis Mahoney.

Murray & Murray Co., L.P.A., and Margaret M. Murray, in support of respondent, for amicus curiae, Ohio Association for Justice.

_____